CLOSED, DISC-ONLY, JURY,

# U.S. District Court
# Southern District of Ohio (Cincinnati)
# CIVIL DOCKET FOR CASE #: 1:08-cv-00123-SAS-TSB
# Internal Use Only

Kitchen et al v. Davol, Inc. et al
Assigned to: Judge S Arthur Spiegel
Referred to: Magistrate Judge Timothy S. Black
Demand: $1,000,000
Case in other court: U.S. DIst. Court, D. Rhode Island, 07-01842-ML
Cause: 28:1332 Diversity-Product Liability

Date Filed: 02/22/2008
Date Terminated: 04/23/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj Liability
Jurisdiction: Diversity

**Plaintiff**

**Angela Denise Kitchen** represented by **Thomas G Eagle**
Thomas G Eagle Co LPA
3386 N State Rt. 123
Lebanon, OH 45036
937-743-2545
Fax: 937-704-9826
Email: eaglelawoffice@cs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerry Kitchen** represented by **Thomas G Eagle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **Jeffrey Moeller**
Hermann Cahn & Schneider
1301 East 9th Avenue
# 500
Cleveland, OH 44114

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL FILED IN MY OFFICE
ON 4-23-08
JAMES BONINI, CLERK
BY: Deputy Clerk
DATE: 4-23-08

*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.** represented by **Jeffrey Moeller**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/22/2008 | 1 | COMPLAINT with JURY DEMAND against all defendants ( Filing fee $ 350 paid - receipt number: 0648000000001575821), filed by Angela Denise Kitchen, Jerry Kitchen. (Eagle, Thomas) (Additional attachment(s) added on 2/25/2008: # 1 Civil Cover Sheet) (mr1, ). (Entered: 02/22/2008) |
| 02/22/2008 | 2 | REQUEST FOR WAIVER of Service sent to Davol, Inc. on 2/22/2008 by Plaintiffs Angela Denise Kitchen, Jerry Kitchen. Waiver of Service due by 4/22/2008. (Eagle, Thomas) (Entered: 02/22/2008) |
| 02/22/2008 | 3 | REQUEST FOR WAIVER of Service sent to C.R. Bard, Inc. on 2/22/2008 by Plaintiffs Angela Denise Kitchen, Jerry Kitchen. Waiver of Service due by 4/22/2008. (Eagle, Thomas) (Entered: 02/22/2008) |
| 02/22/2008 | | Pursuant to Order of General Reference filed on March 25, 1991, Magistrate Judge Timothy S. Black added for purposes of discovery. (mr1, ) (Entered: 02/25/2008) |
| 03/03/2008 | 4 | WAIVER OF SERVICE Returned Executed by Plaintiffs Angela Denise Kitchen, Jerry Kitchen, Defendant C.R. Bard, Inc.. C.R. Bard, Inc. waiver sent on 2/22/2008, answer due 4/22/2008. (Attachments: # 1 Exhibit Cover letter with waiver) (Eagle, Thomas) (Entered: 03/03/2008) |
| 03/03/2008 | 5 | WAIVER OF SERVICE Returned Executed by Plaintiffs Angela Denise Kitchen, Jerry Kitchen, Defendant Davol, Inc.. Davol, Inc. waiver sent on 2/22/2008, answer due 4/22/2008. (Attachments: # 1 Exhibit Cover letter for waiver) (Eagle, Thomas) (Entered: 03/03/2008) |
| 03/04/2008 | 6 | Unopposed MOTION to Stay *Proceedings Pending Transfer to Federal MDL* by Defendants Davol, Inc., C.R. Bard, Inc.. (Attachments: # 1 Exhibit 1, Defendants' Fifty-Fourth 7.5(e) Notice of Potential Tag-Along, # 2 Text of Proposed Order Granting Defendants Davol Inc. and C.R. Bard, Inc.'s Unopposed Motion for Stay of Proceedings) (Moeller, Jeffrey) (Entered: 03/04/2008) |
| 03/07/2008 | 7 | ORDER granting 6 Unopposed Motion to Stay of Proceedings Pending Transfer to the MDL. Signed by Judge S Arthur Spiegel on 3/5/2008. (km1, ) (Entered: 03/07/2008) |
| 03/28/2008 | 8 | NOTICE of MDL No 1842 - IN RE: Kugel Mesh Hernia Patch Products Liability Litigation. Conditional Transfer Order (CTO-16) to District of Rhode Island and assigned to Judge Lisi. (mr1, ) (Entered: 03/28/2008) |

| | | |
|---|---|---|
| 04/23/2008 | 9 | CONDITIONAL TRANSFER ORDER - MDL No. 1842 US District Court of Rhode Island on 3/25/08. (kch) (Entered: 04/23/2008) |
| 04/23/2008 | | Case transferred to District of Rhode Island. Original file, certified copy of transfer order, and docket sheet sent. (kch) (Entered: 04/23/2008) |